UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WARD GARRISON,

    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. C05-5837FDB

ORDER ON PENDING MOTIONS

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff has been granted leave to proceed *in forma pauperis*. (Dkt. # 7). The court has just ordered service on eight named defendants. Pending before the court are a number of motions filed by plaintiff. Plaintiff asks the court for an extension of time to respond to defendant's answer. (Dkt. # 3 and 9). A response to an answer is not a pleading under the Federal Rules of Civil Procedure and the motion is **DENIED**.

    Plaintiff's next motion asks the court to order the penitentiary to copy and mail his amended complaints. (Dkt. # 11). The court has received multiple copies of the 97 page amended complaint. It does not appear any inunction is needed at this time. The motion is **DENIED** as moot.

    The Clerk is directed to send a copy of this Order to plaintiff.

    DATED this 2nd day of March 2006.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 1