UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. C05-5837 FDB/KLS<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR EXTENSION OF<br>TIME TO COMPLETE DISCOVERY |

　　This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Before the Court is Plaintiff's motion for extension of time to complete discovery. (Dkt. # 43). Plaintiff did not serve his motion for an extension of time on opposing counsel nor has he conferred with opposing counsel as required by Local Rule 37 (a) (2). For that reason alone, his motion may be denied.

　　On July 31, 2006, Plaintiff requested a discovery deadline and the Court complied by entering its Scheduling Order, providing a discovery cut-off of January 19, 2007. Plaintiff requests an extension to February 16, 2007. (Dkt. # 43). Plaintiff has had six months (less six weeks while his hand was injured) since the filing of Defendants' answer to conduct and complete discovery).

ORDER - 1

In addition, Plaintiff has provided the Court with no explanation of why the current discovery deadline of January 19, 2007 is unworkable or even what discovery is needed.   Accordingly, Plaintiff's motion (Dkt. # 43) is **DENIED**.  In addition, Plaintiff is advised that he must serve his filings on counsel for Defendants.  Local Rules require that "whenever a pleading or other document is filed in paper form for the Clerk's office to scan and upload to CM/ECF, the filer must serve conventional copies on all parties to the case."  This means that Plaintiff must serve his pleadings or motions in paper form on opposing counsel.  The Clerk's office will not serve the documents for the parties electronically.

The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  7th   day of December, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2