UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>        Plaintiff,<br><br>        v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>        Defendants. | Case No. C05-5837 FDB/KLS<br><br>ORDER RE-NOTING PLAINTIFF'S MOTION TO PROVIDE LEGAL CALLS AND MAIL WITH INVESTIGATOR |

      This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1)(B) and Local MJR 3 and 4. Presently before the Court is Plaintiff's Motion to Cause the Department of Corrections to Allow Telephone Calls and Mailings Between Plaintiff and Vecris Investigations, Inc. (Dkt. # 46). Defendants oppose Plaintiff's request. Defendants argue that Plaintiff is requesting injunctive relief and has not met his burden in requesting that this Court order the DOC to provide him with an exception to the legal calls/legal mail policy with a non-legal entity. However, Defendants have not provided the Court with the relevant DOC policies at issue.

ORDER - 1

1       Accordingly, Defendants are directed to serve the Court and Plaintiff with the relevant DOC

2 policies by **March 16, 2007.** Plaintiff may file a reply brief addressing the legal and factual standards

3 for the injunctive relief he seeks on or before **April 12, 2007**. The Clerk of the Court is directed to

4 re-note the Plaintiff's motion (Dkt. # 46) on the Court's calendar for consideration on **April 13,**

5 **2007.**

7       DATED this  2nd  day of February, 2007.

10                                                      Karen L. Strombom
                                                   United States Magistrate Judge

26 ORDER - 2