UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. C05-5837 FDB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OBJECTIONS TO DISCOVERY REQUESTS |

Before the Court is Plaintiff's motion, in which Plaintiff seeks additional time to respond to Defendants' objections to his discovery requests. (Dkt. # 76). Plaintiff's motion is unnecessary. There is no timeline or authority for lodging responses to objections to discovery requests. In addition, prior to considering any discovery motions, this Court requires that the parties first engage in a good faith attempt to resolve their disputes in accordance with Fed. R. Civ. P. 37 (2)(b). The motion must include a certification stating that the parties have done so. *Id*.

Plaintiff filed his motion on May 18, 2007. Defense counsel states that he has not contacted her to discuss these discovery issues. (Dkt. # 78, Exh. 1). For this reason alone, Plaintiff's motion should be denied.

ORDER - 1

1   Accordingly, Plaintiff's motion for an extension of time (Dkt. # 76) is **DENIED**.

2   The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

4   DATED this  28th  day of June, 2007.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2