UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>     Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>     Defendants. | Case No. C05-5837 FDB/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH BRIEF |

 Before the Court is Defendants' motion to file overlength brief in support of their motion for summary judgment. (Dkt. # 96). Defendants request 10 pages in addition to the 24 pages required by the Local Rules. Defendants state that they have attempted to address all of the claims as succinctly as possible; however, Plaintiff has brought a number of federal law claims against ten defendants and several unnamed John/Jane Does, requiring additional pages to include all necessary facts and legal arguments.

 Having reviewed the motion and record, the Court **ORDERS** that Defendants' motion to file an overlength brief (Dkt. # 96) is **GRANTED.**

ORDER  1

1     DATED this <u>10th</u> day of August, 2007.

                                                       Karen L. Strombom
                                                       United States Magistrate Judge

ORDER  2