UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　Defendants. | Case No. C05-5837 FDB/KLS<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Presently before the Court is Defendants' motion for summary judgment (Dkt. # 97). Prior to the filing of Defendants' motion, Plaintiff filed a motion to compel and for sanctions. (Dkt. # 85 and 86). Those motions were denied, but the parties were directed to confer and the discovery deadline was extended until October 10, 2007. (Dkt. # 99).

Accordingly, the Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. # 97) until **November 9, 2007.** Plaintiff's brief and affidavits in opposition to the motion shall be filed and served not later than **November 5, 2007.** Defendants may file a reply not later **November 5, 2007**.

The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

DATED this  16th  day of October, 2007.

　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1