UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT WARD GARRISON,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | Case No. C05-5837 FDB/KLS<br><br>AMENDED ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

  Presently before the Court is Defendants' motion for summary judgment (Dkt. # 97). Prior to the filing of Defendants' motion, Plaintiff filed a motion to compel and for sanctions. (Dkt. # 85 and 86). Those motions were denied, but the parties were directed to confer and the discovery deadline was extended until October 10, 2007. (Dkt. # 99).

  Accordingly, the Clerk shall **re-note** Defendants' motion for summary judgment (Dkt. # 97) until **November 9, 2007.** Plaintiff's brief and affidavits in opposition to the motion shall be filed and served not later than **November 5, 2007.** Defendants may file a reply not later **November 9, 2007**.

  The Clerk is directed to send copies of this order to Plaintiff and counsel for Defendants.

  DATED this  19th  day of October, 2007.

                 /s/ Karen L. Strombom
                 Karen L. Strombom
                 United States Magistrate Judge

ORDER - 1