UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WARD GARRISON,

        Plaintiff,

     v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

Case No.  C05-5837 FDB/KLS

ORDER DENYING MOTION FOR RULING AS MOOT

The Court, having reviewed Plaintiff's motion for ruling (Dkt. # 102), Defendants' response (Dkt. # 105), and the balance of the record, does hereby **ORDER**:

(1)   Plaintiff moves the Court for a ruling on Defendants' previously filed motion to dismiss (Dkt. # 64) and urges the District Court to adopt the undersigned's Report and Recommendation (Dkt. # 81). The District Court adopted the Report and Recommendation by Order dated June 26, 2007. (Dkt. # 91). Accordingly, Plaintiff's motion for ruling (Dkt. # 102) is **DENIED as moot**; and

(2)   The Clerk shall send copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this  20th   day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1