UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT GARRISON,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. C05-5837 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION FOR CLASS CERTIFICATION

    This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Plaintiff's motion for class certification be denied. Plaintiff has filed an objection to the Report and Recommendation. As detailed by the Magistrate Judge, the Plaintiff has not met the requirements for class certification. Plaintiff's objection does not convince this Court otherwise.

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objection to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's Motion for Class Action Certification (Dkt. #106) is **DENIED**; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

DATED this 2nd day of January, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1