UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT WARD GARRISON,

    Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. C05-5837 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S CLAIMS

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Defendants' motion for summary judgment seeking dismissal of Plaintiff's 42 U.S.C. § 1983 action be granted. As detailed by the Magistrate Judge, the Court does not have jurisdiction over Captain Tauscher and the Doe Defendants and thus, the claims against these Defendants should be dismissed. Although the claims against the remaining were timely filed, the approved vendor policy is reasonably related to legitimate penological interests and meets First Amendment scrutiny. Nor has Plaintiff established an Eighth Amendment claim regarding the conditions of confinement (unsanitary cell conditions and denial of food and medical care), as Defendants' response to Plaintiff's behavior was a reasonable response to safety concerns created by Plaintiff. Plaintiff has also failed to support a claim of denial of access to the courts. Plaintiff's claims of Fifth and Fourteenth Amendment violations are not supported by facts, but consist of mere conclusory allegations, and are subject to dismissal. Finally, the Eleventh Amendment bars suit against state agencies, to wit: the Washington State Department of Corrections (DOC) and the Washington Corrections Center (WCC).

ORDER - 1

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, Objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment [Dkt # 97] is **GRANTED**;

(3) Plaintiff's claims against Defendant Tascher are **DISMISSED WITHOUT PREJUDICE**;

(4) Plaintiff's claims against the remaining Defendants are **DISMISSED WITH PREJUDICE**; and

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 25th day of February, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2