# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT WARD GARRISON

     v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5837FDB

_____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendants' motion for summary judgment (Dkt #97) is GRANTED.

3. Plaintiff's claims against Defendant Tascher are DISMISSED WITHOUT PREJUDICE.

4. Plaintiff's claims against the remaining Defendants are DISMISSED WITH PREJUDICE.

February 26, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk